PER CURIAM.
We affirm the order of revocation of community control. See Wearen v. State, 570 So.2d 1081 (Fla.3d DCA 1990). The trial court erred, however, in imposing sentences in excess of the statutory maximum for burglary of an automobile, § 810.02(3), Fla.Stat. (1989), and grand theft, § 812.014(2)(c), Fla.Stat. (1989). The maximum sentence for third degree felonies is five years imprisonment. § 775.082(3)(d), Fla.Stat. (1989). We therefore vacate the sentences and remand for resentencing. McClay v. State, 569 So.2d 523 (Fla. 3d DCA 1990); Stafford v. State, 561 So.2d 32 (Fla. 5th DCA 1990); Carter v. State, 556 So.2d 795 (Fla. 1st DCA 1990).
Affirmed; senténces vacated and ease remanded.